# IN THE SUPREME COURT OF THE STATE OF NEVADA

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-4,
                                    Appellant,
vs.
NV EAGLES, LLC, A NEVADA LIMITED LIABILITY COMPANY,
                                    Respondent.

No. 73425

**FILED**

DEC 04 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Jennifer P. Togliatti, District Judge
      Wright, Finlay & Zak, LLP/Las Vegas
      The Wright Law Group
      Eighth District Court Clerk

17-41611